IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

---

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Michael James Northern,<br><br>　　　　　Defendant. | Case File No 3:25-cr-270<br><br>**Motion for Continuance** |

---

Counsel for the above-named defendant respectfully requests this Court to continue the jury trial scheduled for February 24, 2026.  Counsel has only recently been appointed and needs additional time to prepare

The government was notified and is not objecting to the request. An informed consent will be filed as soon as possible.

Dated: January 22, 2026　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_/s/ Chris Snyder_
　　　　　　　　　　　　　　　　　　　　　Chris Snyder
　　　　　　　　　　　　　　　　　　　　　MN Attorney No. 0399471
　　　　　　　　　　　　　　　　　　　　　ND Attorney No. 09180

　　　　　　　　　　　　　　　　　　　　　P.O. Box 616
　　　　　　　　　　　　　　　　　　　　　Moorhead, MN 56561-0616
　　　　　　　　　　　　　　　　　　　　　218-284-1110